**United States Bankruptcy Court**
**Eastern District of Virginia**
<u>Richmond</u> **Division**

In re:    Patriot Coal Corporation

Case No. <u>15-32450-KLP</u>

Adv. Proceeding No. <u>16-03105-KLP</u>

Corrected          Debtor(s)

<u>**TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT**</u>

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on <u>10/12/2018</u>.

[Check Box if Applicable] ☐ The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

APPELLANT(S):     <u>Black Diamond Commercial Finance, LLC</u>

ATTORNEY:     <u>See Attachment</u>

APPELLEE(S):     <u>Virginia Conservation Legacy Fund, Inc.</u>
                           <u>*ERP Compliant Fuels, LLC*</u>

ATTORNEY:     <u>See Attachment</u>

Brief Description of Judgment/Order Appealed: <u>Order Dismissing Complaint, Dismissing Counterclaim and</u>
<u>Order Denying (I) Defendants' Motion for Partial Summary Judgment and (II) Plaintiff's Motion for Partial Summary Judgment</u>

Date Judgment/Order Entered: <u>9/28/18 and 2/15/18</u>

1. Filing Fees:    A. Notice of Appeal – Filing Fee $5.00        (✓) Paid        ( ) Not Paid
                           B. Appeal Docket Fee - $293.00              (X) Paid        ( ) Not Paid        ( ) Deferred. See Attached Request
2. (✓) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

WILLIAM C. REDDEN, Clerk of Court

By <u>/s/ C. Baumgartner</u>, Deputy Clerk

Date transmitted: <u>10/18/19</u>

Telephone No. <u>804-916-2413</u>

..................................................................................................................................................

U.S. DISTRICT COURT CASE NUMBER: _____

DATE: _____    BY: _____

**PLEASE RETURN COPY UPON COMPLETION**

[transcnot ver. 12/14]

Attachment

1. **APPELLANT**

**Black Diamond Commercial Finance, LLC**
*Plaintiff and Counterclaim-Defendant*

Represented by:

Dion W. Hayes (VSB No. 34304)
John H. Maddock III (VSB No. 41044)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1178
Facsimile: (804) 698-2186
Email: dhayes@mcguirewoods.com
        jmaddock@mcguirewoods.com

C. William Phillips (admitted *pro hac vice*)
Jonathan M. Sperling (admitted *pro hac vice*)
David W. Haller (admitted *pro hac vice*)
Micaela McMurrough (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
  Email: cphillips@cov.com
        jsperling@cov.com
        dhaller@cov.com
        mmcmurrough@cov.com

*Counsel to Black Diamond Commercial Finance, LLC*

2. **APPELLEES**

**Virginia Conservation Legacy Fund, Inc. and ERP Compliant Fuels, LLC**
*Defendants and Counterclaim-Plaintiffs*

Represented by:

Patrick J. Potter (VSB No. 39766)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, Virginia 22102-4856
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Email: patrick.potter@pillsburylaw.com

William M. Sullivan, Jr. (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006

Attachment

Telephone: (202) 664-8027
Facsimile: (202) 663-8007
Email: wsullivan@pillsburylaw.com

Andrew M. Troop (admitted *pro hac vice*) Samuel
S. Cavior (admitted *pro hac vice*) Joshua I.
Schlenger (admitted *pro hac vice*) PILLSBURY
WINTHROP SHAW PITTMAN
1540 Broadway
New York, New York 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Email: andrew.troop@pillsburylaw.com
        samuel.cavior@pillsburylaw.com
        joshua.schlenger@pillsburylaw.com

*Counsel to Virginia Conservation Legacy Fund, Inc. and
ERP Compliant Fuels, LLC*