# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

October 16, 2018

Dion William Hayes  
McGuireWoods LLP (Richmond)  
800 East Canal Street  
Richmond, VA 23219

Patrick John Potter  
Pillsbury Winthrop Shaw Pittman  
2300 N St NW  
Washington, DC 20037

IN RE:   3:18cv708 - <u>Black Diamond Commercial Finance, LLC v. Virginia Conservation Legacy Fund, Inc., et al</u>

TO COUNSEL OF RECORD:

The above Bankruptcy Appeal was received in the U.S. District Court Clerk's office on October 16, 2018.   Please refer to Rule 8018, Federal Rules of Bankruptcy Procedure (copy attached) for the briefing schedule.

Sincerely,

FERNANDO GALINDO, CLERK

By_____/s/_____  
    J. Smith, Deputy Clerk

Enclosure